# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE CRAYTON JR., | Case No. 1:22-cv-00626-SAB-HC |
| Petitioner, | ORDER DENYING PETITIONER'S MOTION TO EXPEDITE |
| v. | (ECF No. 10) |
| M. ARVIZA, | |
| Respondent. | |

Petitioner is a federal prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2241.

On October 26, 2022, the Court received Petitioner's motion to expedite proceedings in the instant case. (ECF No. 10.) However, the Court does not have an expedited calendar. Petitioner is advised that the Court acts to resolve all pending cases in the most efficient manner possible. The Court is aware of Petitioner's pending petition. Nevertheless, the Court's docket of pending cases is substantial, and the Court must act first on those matters that have been pending the longest.

///

///

///

///

1

1 | Accordingly, IT IS HEREBY ORDERED that Petitioner's motion to expedite (ECF No. 10) is DENIED.

IT IS SO ORDERED.

Dated: **October 27, 2022**

UNITED STATES MAGISTRATE JUDGE